Myrna South
P.O. Box 50271
Idaho Falls, ID 83405\
381 Shoup Ave.
Telephone No. 208-523-9106
Fax No. 208-523-9146
Attorney for Countrywide Home Loans, Inc.

U.S. COURTS

2002 JAN 24 AM 9 56

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: LEON DORMIER and PAMELA JEAN DORMIER<br><br>Debtor(s) | ) Bankruptcy No. 01-2403<br>)<br>) **WITHDRAWAL OF PROOF OF CLAIM**<br>) (Chapter 13)<br>) |

Countrywide Home Loans, Inc., withdraws the proof of claim prepared by attorney Myrna South as a proof of claim was filed by debtor's attorney in behalf of Countrywide Home Loans, Inc. as claim No. 9. Claim No. 9 shall stand as the claim for Countrywide Home Loans, Inc.

DATED: January 22, 2002

Signed:

Myrna South, Attorney for Countrywide Home Loans, Inc.

*/s/ Myrna South*

Claim 9 withdrawn

cc Ratliff

WITHDRAWAL OF PROOF OF CLAIM