United States Bankruptcy Court
FOR THE
Idaho

IN RE: Leon & Pamela Dormier                                CASE No. 00-01-02403

    5218 Wylie Ln.
    Boise, ID  83703

# FINAL REPORT AND ACCOUNT
### DATED: 08-14-06
### CLOSED [COMPLETE]

Pursuant to Chapter 13 Rule 2015[a][6], your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015[a][6] are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $26492.57
                                                                       46.90 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | eCAST Settlement Corporation | UNSECURED | 1334.14 | 625.72 | | |
| 002 | WELLS FARGO FINANCIAL IDAHO | UNSECURED | 3668.52 | 1720.56 | | |
| 003 | MAX FLOW CORP. On Behalf Of | UNSECURED | 4740.53 | 2223.34 | | |
| 004 | WELLS FARGO SERVICING CENTER | UNSECURED | 478.03 | 224.20 | | |
| 005 | WELLS FARGO SERVICING CENTER | UNSECURED | 2293.21 | 1075.53 | | |
| 006 | EMPORIUM INC. | UNSECURED | 404.60 | 189.76 | | |
| 007 | eCAST Settlement Corporation | UNSECURED | 1432.91 | 672.04 | | |
| 008 | RESURGENT CAPITAL SERVICES | UNSECURED | 4532.93 | 2125.97 | | |
| 009 | COUNTRYWIDE HOME LOANS | SECURED | 13636.20 | 12092.63 | | |
| 010 | Countrywide Home Loan | SECURED | | | | |
| 109 | COUNTRYWIDE HOME LOANS | SECURED | 700.00 | 700.00 | | |
| 111 | STEPHEN FRENCH | ATTORNEY FEES | 300.00 | 300.00 | | |
| 112 | STEPHEN FRENCH | ATTORNEY FEES | 350.00 | 350.00 | | |

| | |
|---|---:|
| ATTORNEY FEES | 650.00 |
| SECURED DEFAULT MTG | 8675.82 |
| SECURED | 5660.38 |
| TRUSTEE COMMISSION | 2649.25 |
| UNSECURED | 8857.12 |
| INTEREST | 0.00 |
| TOTAL DISBURSEMENTS | 26492.57 |

ATTORNEY         : STEPHEN FRENCH
DATE FILED       : 08-15-01
DATE CONFIRMED   : 11-28-01
DATE TERMINATED  : 06-16-06

REFUND TO DEBTOR: 0.00

                                                          /S/ Bernie R. Rakozy
                                                                    TRUSTEE